UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ORVAL FRAZIER,<br><br>           Plaintiff,<br><br>    v.<br><br>HAROLD CLARKE, *et al.*,<br><br>           Defendants. | Case No. C07-5691 FDB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

The Magistrate Judge recommends that Defendants in this prisoner civil rights action be granted summary judgment and the action be dismissed with prejudice. As detailed by the Magistrate Judge, Defendants provided evidence showing that Plaintiff's medical treatment was appropriate and that Plaintiff's loss of vision and retina detachment was unrelated to the iritis for which he was treated. Plaintiff did not conduct any discovery during the six-month time frame allowed by the Court and Plaintiff failed to come forward with any admissible evidence to support his claim and contradict Defendant's evidence. Plaintiff has not filed an objection to the Report and Recommendation. Defendants are entitled to summary judgment.

The Court, having reviewed Plaintiffs' complaint, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This action is **DISMISSED WITH PREJUDICE**.

ORDER
Page - 1

(3) Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. J. Kelley Arnold.

DATED this 2nd day of September, 2008.

/s/ Franklin D. Burgess

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2