# United States District Court

WESTERN DISTRICT OF WASHINGTON

ORVAL FRAZIER

JUDGMENT IN A CIVIL CASE

v.

HAROLD CLARKE, *et al.*,

CASE NUMBER: C07-5691FDB

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This action is **DISMISSED WITH PREJUDICE.**


| September 3, 2008 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

|  | *s/CM. Gonzalez* |
|---|---|
|  | Deputy Clerk |